IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAYER LAVELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WARDEN ADAMS, et al.,<br><br>　　　　Defendants. | No. C 07-00439 JW (PR)<br><br>ORDER OF TRANSFER<br><br><br>(Docket No. 3) |

  Plaintiff, a prisoner at California State Prison, Corcoran, in Corcoran, California, ("Corcoran") filed a pro se civil complaint[1] alleging that his constitutional rights have been violated at Corcoran by Corcoran officials..

  Venue may be raised by the court sua sponte where the defendant has not filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial

---

[1] Plaintiff has filed his complaint herein on a form for a citizens complaint to the Kings County Grand Jury.

Order of Transfer
N:\Pro - Se\7.27.2007\07-00439 Player00439_transfer.wpd

part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.  See 28 U.S.C. § 1391(b).  When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice."  See 28 U.S.C. § 1406(a).

It is clear from the instant complaint and the attachments thereto that plaintiff's claims arise out of actions alleged to have been committed at Corcoran by Corcoran officials.  Corcoran is located in Kings County, California, which is within the venue of the Eastern District of California.  See 28 U.S.C. §§ 84(b).  As a result, venue is proper in the Eastern District of California, not in the Northern District.

Accordingly, in the interest of justice, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California.  In light of the transfer, this Court will defer to the Eastern District with respect to plaintiff's in forma pauperis application and petition for emergency injunction.

The clerk shall transfer this matter, close the file and terminate Docket No. 3 on this Court's docket.

DATED:   July 19, 2007                         _____
                   JAMES WARE
                   United States District Judge

Order of Transfer
N:\Pro - Se\7.27.2007\07-00439 Player00439_transfer.wpd        2